# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2020

160034(92)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBIN RICK MANNING,
      Defendant-Appellant.
_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the motion of Robert Crummie to file a brief amicus curiae and to waive the fee is GRANTED.  The amicus brief submitted on August 17, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2020



Clerk